## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | | |
|---|---|---|
| DENISE DYNES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:11-cv-207 |
| | § | |
| CONSUMER PORTFOLIO SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, DENISE DYNES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                        Respectfully Submitted,

DATED:  June 24, 2011                 KROHN & MOSS, LTD.

                                        By: /s/ Michael S. Agruss
                                            Michael S. Agruss, Esq.
                                            Attorneys for Plaintiff
                                            Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd
                                            Suite 401
                                            Los Angeles, CA 90025
                                            CA Bar No: 259567