# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DENISE DYNES, | § | No. 4:11-CV-207 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CONSUMER PORTFOLIO SERVICES, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

DENISE DYNES (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CONSUMER PORTFOLIO SERVICES, INC., (Defendant), in this case.

DATED:  August 4, 2011                                           RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss
California State Bar Number: 259567
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff, DENISE DYNES

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Michael Lavin
Consumer Portfolio Services, Inc
16355 Laguna Cyn Rd
Irvine, CA 92618
MichaelL@consumerportfolio.com

By: /s/ Mike Agruss
    Mike Agruss,
    Attorney for Plaintiff