# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DENISE DYNES | § | |
| | § | |
| v. | § | No. 4:11-cv-207 |
| | § | |
| CONSUMER PORTFOLIO SERVICES, INC. | § § | |

**FINAL JUDGMENT**

In accordance with the Plaintiff's stipulation of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 10th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE